# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| MIGUEL JACKSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:18-CV-37 (MTT) |
| GREGORY DOZIER, | ) ) ) |
| Defendant. | ) ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends denying Plaintiff Miguel Jackson's Motion for Preliminary Injunction (Doc. 9) because the Plaintiff is no longer placed in the Special Management Unit and cannot otherwise meet his burden to establish that he is entitled to a preliminary injunction. Doc. 22 at 1. The Plaintiff has not objected to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 22) is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's Motion for Preliminary Injunction (Doc. 9) is **DENIED**.

**SO ORDERED**, this 13th day of September, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT